


**ORDERED in the Southern District of Florida on June 27, 2016.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

CASE NO.: 16-15747-BKC-LMI
Chapter 7

**ROY DIAZ**
SSN: XXX-XX-0167
SSN:
Debtor. /

**ORDER GRANTING JOEL L. TABAS, TRUSTEE'S AGREED *EX PARTE* MOTION TO ENLARGE TIME TO FILE OBJECTIONS TO DEBTOR'S CLAIMED EXEMPTIONS**

**THIS CAUSE** having come before the Court upon Joel L. Tabas, Trustee's Agreed *Ex Parte* Motion to Enlarge Time to File Objections to Debtor's Claimed Exemptions (the "Motion"), and the Court, having reviewed the Motion, having noted the agreement of the parties, and based on the record, it is

**ORDERED** as follows:

1. The Motion is granted.

2. The Court finds that cause exists to enlarge the time for the Trustee to file objections to the Debtor's claimed exemptions.

3. The deadline for Joel L. Tabas, Trustee, to file objections to the Debtor's claimed exemptions, shall be enlarged up to and including, July 22, 2016.

###

Submitted By:
Joel L. Tabas
Florida Bar No. 516902
Tabas, Freedman & Soloff, P.A.
Attorneys for Trustee, Joel L. Tabas
One Flagler Building
14 Northeast First Avenue, Penthouse
Miami, Florida 33132
Telephone: (305) 375 8171
Facsimile: (305) 381 7708
E mail: joel@tabasfreedman.com

Joel L. Tabas
Attorney Joel L. Tabas is directed to serve copies of this Order on the parties listed and file a Certificate of Service.